IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIGUEL CRAIG,

        Petitioner,               No. CIV S-07-1224 LKK GGH P

    vs.

D.K. SISTO (Warden), et al.,

        Respondents.         ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petitioner has not paid the filing fee or filed an application to proceed in forma pauperis.  In his application, petitioner challenges a conviction issued by the Stanislaus County Superior Court.  Stanislaus County is part of the Fresno Division of the United States District Court for the Eastern District of California.  <u>See</u> Local Rule 3-120(d).

        Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court.  Therefore, this action will be transferred to the Fresno Division of the court.

/////

1

1 | Good cause appearing, IT IS HEREBY ORDERED that:

2 |     1. This action is transferred to the United States District Court for the Eastern

3 | District of California sitting in Fresno; and

4 |     2. All future filings shall reference the new Fresno case number assigned and

5 | shall be filed at:

6 |     United States District Court
    Eastern District of California

7 |     2500 Tulare Street
    Fresno, CA 93721

9 | DATED: 7/2/07

    /s/ Gregory G. Hollows

10 | _____
    GREGORY G. HOLLOWS

11 |     UNITED STATES MAGISTRATE JUDGE

12 | GGH:cm
crai1224.109