IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL CRAIG, | 1:07-cv-0951 AWI SMS (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE |
| vs. | |
| D.K. SISTO, et al., | (DOCUMENT #18) |
| Respondents. | THIRTY DAY DEADLINE |

Petitioner is a prisoner in a habeas corpus action pursuant to 28 U.S.C. § 2254. On November 6, 2007, petitioner filed a motion to extend time to file traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file traverse.

IT IS SO ORDERED.

**Dated:   November 26, 2007**           /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE